## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Charles Kaleb Vanlandingham, )<br>Administrator for the Estate of Charles )<br>Lamar Vanlandingham, )<br> )<br>      Plaintiff, )<br> )<br> )<br>      v. )<br> )<br> )<br>(1) The City of Oklahoma City, )<br>a municipal corporation, )<br>(2) American Medical Response Ambulance )<br>Service, Inc., a foreign corporation, )<br>(3) John Does # 1-4, employees of the )<br>Oklahoma City Fire Department, individually, and )<br>(4) Officer Brandon Lee, an employee of the )<br>Oklahoma City Police Department, individually, )<br> )<br>      Defendants. ) | CIV-22-209-D<br><br>Oklahoma County District Court<br>Case No. CJ-2021-2515 |

## <u>NOTICE AND PETITION FOR REMOVAL</u>

**COMES NOW**  Defendant, The City of Oklahoma City, by and through its

Counsel, Richard Mann, Katie Goff, and Josh Minner, petitions this Court for removal of

this case to the United States District Court for the Western District of Oklahoma, from

the District Court of Oklahoma County, where it was filed as Case Number CJ-2021-

2515, pursuant to 28 U.S.C. § 1441(a) and L.Cv.R. 81.2 of the Local Rules of the United

States District Court for the Western District of Oklahoma.  In support of this Petition,

Defendant City states the following:

## A.  Introduction

1.  Plaintiff is Charles Kaleb Vanlandingham, Administrator for the Estate of Charles Lamar Vanlandingham, and is represented by Attorney W. Brett Behenna.

2.  Plaintiff has brought this lawsuit against Defendants The City of Oklahoma City, a municipal corporation, American Medical Response Ambulance Service, Inc., a foreign corporation, John Does # 1-4, employees of the Oklahoma City Fire Department, individually, and Officer Brandon Lee, an employee of the Oklahoma City Police Department, individually.  Plaintiff filed a Petition in the District Court of Oklahoma County on June 10, 2021 (Petition attached as Exhibit 1) and a First Amended Petition on September 14, 2021 (First Amended Petition attached as Exhibit 2).

3.  Plaintiff served Defendant City a copy of the First Amended Petition on February 24, 2022, which includes allegations against Defendants pursuant to 42 USC §1983 and the Fourth and Fourteenth Amendments of the United State Constitution. (Summons and Return of Service attached as Exhibit 3.)

4.  Plaintiff alleges his rights were violated by Defendants during a September 15, 2019, encounter.

5.  Defendant American Medical Response Ambulance Service, Inc. is the only other defendant which has been served and consents to this removal. (Return of Service attached as Exhibit 4.)

**B. Basis for Removal**

6. Removal is proper under 28 U.S.C. § 1441 because the First Amended Petition appears to indicate that the action is asserting claims under the United States Constitution and United States Code.  Therefore, the First Amended Petition presents constitutional claims over which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343.

7. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b) after it received notice of the claim of constitutional violations against it.

8. Pursuant to 28 U.S.C. § 1446(a) and L.Cv.R. 81.2, a copy of the Docket Sheet from the District Court of Oklahoma County on Case No. CJ-2021-2515 is attached as Exhibit 5.  There are no filed or pending motions in this matter in state court at the time of this filing.

Respectfully Submitted,

Kenneth Jordan
Municipal Counselor

Sherri R. Katz
Litigation Division Head


/s/ Josh Minner
Josh Minner, OBA# 33234
Katie Goff, OBA# 32402
Richard N. Mann, OBA #11040
Assistant Municipal Counselors
200 N. Walker, 4th Floor
Oklahoma City, OK 73102
(405) 297-2451
joshua.minner@okc.gov
katie.goff@okc.gov
richard.mann@okc.gov

*Attorneys for Defendant City*


## CERTIFICATE OF FILING IN
## THE DISTRICT COURT OF OKLAHOMA COUNTY

This is to certify that on the ___ day of March 2022, a true and correct copy of the above and foregoing Notice and Petition for Removal was hand-delivered to the Clerk of the Court of the District Court of Oklahoma County.

/s/ Josh Minner
Assistant Municipal Counselor

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March 2022, I electronically transmitted the attached Notice and Petition for Removal to the Clerk of the Court using the ECF filing system and transmittal of a Notice of Electronic Filing to the following ECF registrants: W. Brett Behenna, 210 Park Ave. Suite 3030, Oklahoma City, OK 73102, bb@lawfirmokc.com.

/s/ Josh Minner
Assistant Municipal Counselor