IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES KALEB VANLANDINGHAM, Administrator for the Estate of CHARLES LAMAR VANLANDINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OKLAHOMA CITY, *et al*.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-22-209-D<br>)<br>)<br>)<br>)<br>) |

## AMENDED SCHEDULING ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue All Deadlines and for a New Scheduling Order [Doc. No. 78]. Upon consideration, the Court finds that the Motion should be **GRANTED**, as set forth herein.

**IT IS THEREFORE ORDERED** that the remaining deadlines are amended as follows:

| **Description** | **Deadline** |
|---|---|
| Plaintiff's expert witness list | July 5, 2024 |
| Defendants' expert witness list; Plaintiff's final witness and exhibit lists | July 19, 2024 |
| Defendants' final witness and exhibit lists; Defendants' objections to Plaintiff's exhibit list | August 2, 2024 |
| Plaintiff's objections to Defendants' exhibit list | August 16, 2024 |
| Dispositive motions and *Daubert* motions | August 23, 2024 |
| Discovery cut-off | September 17, 2024 |
| Designations of deposition testimony; motions *in limine*; requested *voir dire*; trial briefs; requested jury instructions; proposed findings and conclusions of law (if any); Final Pretrial Report | October 4, 2024 |
| Objections to and counter-designations of deposition testimony | October 11, 2024 |

| Description | Deadline |
|---|---|
| Objections to counter-designations of deposition testimony; objections or responses to motions *in limine*, requested *voir dire*, trial briefs, requested jury instructions, and proposed findings and conclusions of law | October 18, 2024 |
| Jury Trial | To Be Set |

Unless otherwise ordered, all other provisions of the original Scheduling Order [Doc. No. 64] remain in effect. Further, the provision regarding motions *in limine* is amended to incorporate an intervening change in the Court's standard scheduling order:

> ****Motions *in limine* shall be consolidated into a <u>single filing</u> that is subject to the page limitation in LCvR7.1(e). The motion <u>must</u> include a certificate of conference reciting the efforts made to confer with opposing counsel regarding the motion *in limine*. Parties are expected to include only disputed issues in their motions *in limine*.

**IT IS SO ORDERED** this 27th day of March, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge