OFFICE OF THE DISTRICT ATTORNEY

STATE OF OKLAHOMA



MIKE FIELDS
DISTRICT ATTORNEY

December 6, 2019

Chief Wade Gourley
Oklahoma City Police Department
700 Colcord Dr.
Oklahoma City, OK 73102

Chief Gourley:

After reviewing the police incident reports, body cam video, and Medical Examiner's report regarding the September 15, 2019 death of Charles Vanlandingham, I have determined that no criminal charges are warranted.

The investigation revealed that Mr. Vanlandingham had a medical incident which caused him to act in an aggressive manner towards fire and EMS personnel. Those officials requested assistance from Oklahoma City Police to secure the patient. Officer Brandon Lee responded. Fire and EMS personnel immediately informed Officer Lee that Vanlandingham was attempting to bite and scratch them and that he was disoriented and physically resisting necessary medical treatment. Fire and EMS personnel attempted to secure Vanlandingham so they could attempt to treat his medical issues. In accordance with a request from EMS and fire personnel, Officer Lee handcuffed Vanlandingham. Vanlandingham was then given medication to sedate him. Shortly after he was sedated, he quit breathing. At that time, handcuffs were immediately removed. Vanlandingham was pronounced dead at the scene after efforts were made to resuscitate him.

The Medical Examiner concluded the probable cause of death was atherosclerotic coronary artery disease and indicated the manner of death was unknown. Though the report also cites acute exertion and restraint as contributing factors to the death, there is no indication that handcuffing the subject had anything to do with the death occurring.

In my judgment based on the information we have at this time, it appears that Office Brandon Lee acted in a reasonable manner and that his actions in no way contributed to the death of Charles Vanlandingham. Our office will not be pursuing criminal charges.

Sincerely,

Eric Epplin
Assistant District Attorney

EXHIBIT
30